UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Angela Reff and Simon Reff,

        Plaintiffs,

v.                                                                                    No. 13-cv-3415 (JNE/JSM)
                                                                 ORDER

The Bank of New York Mellon, f/k/a The Bank
of New York, as trustee for the Certificate
Holders of CWABS, Inc., Asset-Backed
Certificates, Series 2007-BC1, et al.,

        Defendants.

---

      This matter is before the Court on a Report and Recommendation, ECF No. 15, in which the United States Magistrate Judge recommends that the Defendant's Motion to Dismiss, ECF No. 4, be granted and that this case be dismissed with prejudice. The Plaintiffs did not object. After conducting a de novo review of the record, the Court now adopts the Report and Recommendation.

      Based on the files, records, and proceedings herein, and for the reasons stated above, IT IS ORDERED THAT:

1. Defendant's Motion to Dismiss [ECF No. 4] is GRANTED.

2. This action is DISMISSED WITH PREJUDICE.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: August 20, 2014                                               s/Joan N. Ericksen
                                                                           JOAN N. ERICKSEN
                                                                           United States District Judge